# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **MARSHA ALLENE GEE** | ) | **CASE NO. 18-50628** |
| | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |

## ORDER

This Matter having come before the court on Debtors' Motion to Modify the Plan, and the court being sufficiently advised;

**IT IS HEREBY ORDERED** the Debtors' plan payment shall be INCREASED from $206.00 per month to $221.00 per month and the plan percentage shall remain at 1%.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: January 7, 2019

PREPARED BY:
*/s/ Michael A. Richardson*
Michael A. Richardson
Attorney at Law
308 W. 15th Street
PO Box 1085
Hopkinsville, KY 42241
(270) 885-5588