**Fill in this information to identify the case:**

Debtor 1      Marsha Allene Gee

Debtor 2
(Spouse, if filing)      _____

United States Bankruptcy Court for the: Western District of Kentucky
                                                   (State)

Case number      18-50628

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    **12/16**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**      Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity, But Solely In Its Capacity As Owner Trustee Of ACM Prime Alamosa 2018 Trust

**Court claim no.** (if known):      7-1

**Last 4 digits** of any number you use to identify the debtor's account:      2299

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒   No

☐   Yes   Date of the last notice: _____

| **Part 1:** | **Itemize Postpetition Fees, Expenses, and Charges** |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. | Attorney fees | | (3) $ | |
| 4. | Filing fees and court costs | | (4) $ | |
| 5. | Bankruptcy/Proof of claim fees | | (5) $ | |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. | Property inspection fees | | (7) $ | |
| 8. | Tax advances (non-escrow) | | (8) $ | |
| 9. | Insurance advances (non-escrow) | | (9) $ | |
| 10. | Property preservation expenses. Specify: | | (10) $ | |
| 11. | Other. Specify: | | (11) $ | |
| 12. | Other. Specify: | | (12) $ | |
| 13. | Other. Specify: Motion for Relief Filing Fee | 08/30/2019 | (13) $ | 181.00 |
| 14. | Other. Specify: Motion for Relief | 11/13/2019 | (14) $ | 850.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Marsha Allene Gee
            First Name    Middle Name    Last Name

Case number (*if known*)    18-50628

---

## Part 2:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and sate your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ Theodore Konstantinopoulos                 Date    12/31/2019
     Signature

Print:    Theodore Konstantinopoulos                 Title    Attorney for Creditor

Company:  Anselmo Lindberg & Associates LLC

Address:  1771 W. Diehl Rd., Suite 120
          Number        Street
          Naperville          IL          60563
          City             State       Zip Code

Contact phone  (630) 453-6960                Email    midwestbk@AnselmoLindberg.com

---

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF KENTUCKY**

**PADUCAH DIVISION**

IN RE:                                                    CASE NO. 18-50628

Marsha Allene Gee                                         CHAPTER 13

Debtor(s).                                                JUDGE Alan C. Stout

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2019, a copy of the foregoing "Notice of Postpetition Mortgage Fees, Expenses, and Charges" was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

     Michael A. Richardson, Debtor's Counsel

     William W. Lawrence, Trustee

     Charles R. Merrill, U.S. Trustee

And by regular US Mail, postage pre-paid on:

     Marsha Allene Gee, 936 Younglove Street , Hopkinsville, KY  42240


     /s/ Mariah Moore

     Anselmo Lindberg & Associates LLC
     1771 W. Diehl Rd., Ste. 120
     Naperville, IL 60563-4947
     630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
     midwestbk@AnselmoLindberg.com
     Firm File Number: KB1903001